KELVINATOR SALES CORPORATION v. EBLING AURORA ICE CREAM Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARTHUR W. SLOMAN and Another v. WILHELM H. BENNET and EDWARD HUTH and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs and stay modified so far as to permit the entry of judgment of affirmance on the order of this court entered December 24, 1931. Motion for a stay granted upon appellants' filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM I. SHAPIRO v. SELIG SUDARSKY and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay pending the granting or final refusal by the Court of Appeals of such leave to appeal granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of LOUIS FEUERMAN, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WARRO REALTY CORPORATION, Plaintiff, v. REALTY SURETIES, INC., and Others, Defendants. IRVING TRUST COMPANY, as Trustee, Plaintiff, v. REALTY SURETIES, INC., and Others, Defendants. JACOB A. COSTUMA, Receiver, Appellant; JOSEPH A. BRODERICK, State Superintendent of Banks, Respondent.— Order modified so as to designate the County Trust Company of New York as a new depositary for the moneys coming into the hands of the receiver, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRENE JACOBOWITZ, Appellant, v. MOSES SCHWARTZ, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that a question of fact was presented. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Merrell, J., dissent and vote for affirmance.

BRUCE REYNOLDS, Respondent, v. JOHN FOLAND, Defendant, Impleaded with STREET & SMITH PUBLICATIONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Street & Smith Publications, Inc., to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JULIA KINDGA, as Administratrix, etc., of MICHAEL B. KINDGA, Deceased, Respondent, v. CHARLES F. NOYES Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN F. CREAMER and BANKERS TRUST COMPANY, as Executors, etc., of THOMAS J. WETZEL, Deceased, Respondents, v. BROWN-LIPE GEAR COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.